Case 7:23-cv-00156   Document 15   Filed on 09/25/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 25, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MARIA GUAJARDO<br><br>V.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY AND JOSHUA STOCKER | Civil Action No. 7:23-CV-00156 |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees, costs, and expenses.  The Clerk is directed to close the file.

SO ORDERED September 25, 2023, at McAllen, Texas.

_____
Randy Crane
United States District Judge

CAT: Guajardo vs. Allstate, et al.
ORDER OF DISMISSAL
Our File Number: 0630784924.1

PAGE 1